1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
3  MARTHA BOERSCH (CABN 126569)
   Chief, Criminal Division
4  JILLIAN HARVEY (CABN 319711)
   Assistant United States Attorney
5
6     1301 Clay Street, Suite 340S
      Oakland, California 94612
7     Telephone: (510) 637-3680
      FAX: (510) 637-3724
8     Jillian.harvey@usdoj.gov

   Attorneys for United States of America

              UNITED STATES DISTRICT COURT

           NORTHERN DISTRICT OF CALIFORNIA

                 OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 23-cr-00117-001 JSW |
|---|---|
| Plaintiff, | ) **DETENTION ORDER** |
| v. | ) |
| MICHAEL KELLY WOLFE, | ) |
| Defendant. | ) |

On October 30, 2014, defendant Michael Kelly Wolfe was sentenced to 108 months in custody and three years of supervised released for committing a Class B felony, conspiring to possess with intent to distribute and distributing a controlled substance, in violation of Title 21 U.S.C. § 846.

On June 7, 2023, U.S. Probation filed a Form 12 petition charging the defendant with violating the terms of his supervised release. The Form 12 charges the defendant with failing to notify probation of his whereabouts (Charge One) and failing to participate in substance abuse counseling (Charge Two). The defendant made an initial appearance on January 25, 2024. The parties agreed to release the defendant to a halfway house in San Francisco. The defendant was released on February 9, 2024.

On August 6, 2024, the defendant failed to appear for a status conference before Judge White. At the request of Judge White, government counsel applied for a bench warrant, which was granted and

signed on August 9, 2024. The defendant was arrested on September 23, 2024 in San Jose, California.

At the initial appearance, following defendant's failure to appear, on October 1, 2024, the defendant was present, in custody, and represented by Joyce Leavitt. Special Assistant United States Attorney Jillian Harvey appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel and probation submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds that the defendant has failed to meet his burden to establish by clear and convincing evidence that the defendant will not flee or pose a danger to any other person or to the community. Accordingly, the defendant shall be detained pending the resolution of the Form 12 petition.

This finding is made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1.  The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2.  The defendant be afforded reasonable opportunity for private consultation with counsel; and

3.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: October 18, 2024

HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge