IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 23– 00117 JSW (LC) |
|---|---|
| Plaintiff, | **ORDER RE: RELEASING DEFENDANT MICHAEL WOLFE FROM CUSTODY ON JUNE 16, 2025, (MONDAY) BY 8:00 AM** |
| v. | |
| MICHAEL WOLFE, | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant MICHAEL WOLFE, whose is being housed at Contra Costa County – West County Detention Facility and whose booking no. is 2507500, be released from the custody of the United States Marshal on Monday, June 16, 2025, by 8:00 a.m.

IT IS FURTHER ORDERED that upon his release from custody, Mr. Wolfe shall go directly to the New Bridge Foundation residential treatment facility, located at 2323 Hearst Ave, Berkeley, CA 94709. Mr. Wolfe is ordered to accept the transportation arranged for him by his United States Probation Officer and shall call the probation department at the telephone number previously provided to him immediately upon his release from custody. Mr. Wolfe shall remain at New Bridge Foundation residential program and comply with all of its conditions. All other conditions of supervised release previously imposed shall remain in effect.

IT IS SO ORDERED.
June 13, 2025

Dated

HON. LISA J. CISNEROS
United States Magistrate Judge

RELEASE ORDER
*WOLFE*, CR 23–00117 JSW (LC)